IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBOTT LABORATORIES and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | : Civil Action No. 2:10-cv-01578-DMC-JAD |
| ABBOTT LABORATORIES and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC. and MYLAN INC., <br><br> Defendants. | : Civil Action No. 2:10-cv-02073-DMC-JAD |
| ABBOTT LABORATORIES and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC., <br><br> Defendants. | : Civil Action No. 2:10-cv-02139-DMC-JAD |

|  |  |
|---|---|
| ABBOTT LABORATORIES and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC and ACTAVIS INC., <br><br> Defendants. | : Civil Action No. 2:10-cv-02352-DMC-JAD <br> : <br> : <br> : <br> : ORDER <br> : |

**THIS MATTER,** having been opened to the Court on joint application of all Defendants, for entry of an Order permitting the delivery, set-up and removal of electronic equipment, documents and other materials to be used by Defendants during the bench trial commencing on June 11, 2012, before this Court; and the Court having considered the joint application; and for good cause having been shown;

**IT IS** on this 7th day of June, 2012;

**ORDERED** that beginning at 8:30 a.m. on Friday, June 8, 2012, Defendants, by and through their counsel, together with their respective courier services and trial equipment providers, SDS, Inc., Aquipt, Inc., FTI Consulting and Influential Imagery, shall be permitted access to the front entrance and parking lot of the United States Post Office and Courthouse located in Newark, New Jersey, for the purpose of delivering technical equipment, documents and other materials to Courtroom 8; and

2

**IT IS FURTHER ORDERED** that Defendants' counsel, witnesses and support personnel shall be permitted to enter the courthouse with laptops, cell phones and other portable electronic devices on a daily basis during trial; and

**IT IS FURTHER ORDERED** that at the conclusion of trial, Defendants' trial equipment providers, SDS, Inc., Aquipt, Inc., FTI Consulting and Influential Imagery shall be permitted access to the front entrance and parking lot of the United States Post Office and Courthouse located in Newark, New Jersey, for the purpose of pick-up and removal of the aforementioned equipment and materials.

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.