IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBOTT LABORATORIES and FOURNIER LABORATORIES IRELAND LTD., <br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC.-FLORIDA, WATSON PHARMA, INC., and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 10-2139 (DMC) (JAD) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Abbott Laboratories and Fournier Laboratories Ireland Ltd. and Defendants Watson Laboratories, Inc.-Florida, Watson Pharma, Inc. and Watson Pharmaceuticals, Inc. hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, is hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

1

1510700_1

Dated: June 11, 2012

| | |
|---|---|
| **GRAHAM CURTIN, P.A.** | **CONNELL FOLEY LLP** |
| | |
| */s/ Thomas R. Curtin* | */s/ Liza M. Walsh* |
| Thomas R. Curtin | Liza M. Walsh |
| George C. Jones | Rukhsanah L. Singh |
| Kathleen N. Fennelly | 85 Livingston Avenue |
| 4 Headquarters Plaza, P.O. Box 1991 | Roseland, NJ 07068 |
| Morristown, New Jersey 07962-1991 | (973) 535-0500 |
| (973) 292-1700 | |

*Attorneys For Plaintiffs Abbott Laboratories and Fournier Laboratories Ireland Ltd.*

*Attorneys for Defendants Watson Laboratories, Inc.-Florida, Watson Pharma, Inc., and Watson Pharmaceuticals, Inc.*

OF COUNSEL:

Chad J. Peterman
Edward R. Tempesta
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

OF COUNSEL:

Ralph J. Gabric
Laura A. Lydigsen
Manish Mehta
**BRINKS HOFER GILSON & LIONE**
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200

**SO ORDERED** this ___12___ day of ___June___, 2012.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge